W. F. Holmes, Appellee, v. W. F. Partridge, Appellant.

Gen. No. 9,519. (Abstract of Decision.)

Heard in this court at February term, 1940; opinion filed April 6, 1940; rehearing denied May 9, 1940. Powers & Powers, for appellant; Hall, Mitchell & Petz, for appellee. Opinion by JUSTICE HUFFMAN. ''Not to be published in full.''